NADERI LAW GROUP
RAY NADERI [Bar No. 265932]
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
(323) 834-9965

Attorneys for Plaintiff
NICHOLAS MCISAAC, An Individual

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MCISAAC, | ) Case No. 8:20-CV-00570-JLS-ADS |
| Plaintiff, | ) **JOINT NOTICE OF SETTLEMENT** |
| v. | ) |
| FCA US, LLC, et al | ) |
| Defendants. | ) |

Plaintiff Nicholas McIsaac ("Plaintiff") and Defendant FCA US, LLC ("Defendant"), collectively the "Parties", by and through their respective counsel, submit this Joint Notice of Settlement. The Parties have resolved the matter. The only outstanding issue is Plaintiff's Motion for Attorney's Fees which is set for August 13, 2021.

Dated: May 20, 2021          NADERI LAW GROUP

By     /s/
       Ray Naderi

Attorney for Plaintiff,
Nicholas McIsaac

Dated:  May 20, 2021          ROSEWALDORF LLP


By      /s/
         Mark W. Skanes
         Attorney for Defendant,
         FCA US, LLC

**JOINT NOTICE OF SETTLEMENT**

## CERTIFICATE OF ELECTRONIC FILING / SERVICE

I hereby certify that on **May 21, 2021**, a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

Mark W. Skanes, Esq.
ROSEWALDORF LLP
100 Oceangate, Suite 300
Long Beach, CA 90802
Email:  MSkanes@rosewaldorf.com

Attorney for Defendant